SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 02 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

3:25 CV-666-CWR-ASH

Tuesday                                                                 8-26-2025

This is a request for a civil suite against the L.C.D.F. for wrongfully being accused and for wrongfull punishment.

On March 19, 2024, I was brought the county jail on the charge of D.U.I. I was held in booking, in the observation cell until March 25, 2024, on that day I was moved to pod B-2, I found a bed in room #103. On or about March 31, 2024 an insident happened and we were taken out to yard call and called back in 2 or 3 at a time for a strip search, While we were outside the CO's were inside searching or rooms. Later that day I was called into the hall and asked question and shown a picture by 3 female CO's, I didn't know they were the so called board. I told them it looked like a peice of grass to me and they said it was weed, so I said so, it's not mine. They said they found it in a hole under the top rack. I told them "Richard Foles" sleeps on that rack, I sleep on the bottom rack. I also told them I am in here for a alcohol charge not a drug charge and I don't do drugs!! They told me they will be in touch we me soon.

When I got back into the room Richard Foles AKA.(40) told me what they found was his, that he had forgotten about it and He was sorry and he apologized to me. He said when they call him he would tell the truth. They called him out into the hall, when he returned, His story changed, he said he told them the top rack was his, but he sleeps on the floor, but he will take the blame it. I told him that was not the truth, you said you were going to tell them the truth, he said it in front of the whole Pod. There were two CO's on the Pod CO. Bradley and CO. Prince.

They both told foles he doesn't have to say anything is his to hold up for some one elses fuck up. He neve told the truth after that day. The whole Pod told the two CO's that I didn't have anything to do with any of this situation that was going on, but they din't want to hear it.
On or about 4-02-2024, I was called into the hall and I was told I was found guilty, to go pack and I was moving to C-blg. I saw Lt. Raney in the hall, I tried to talk to her about this and said to me, I don't have anything to do with it. They moved me to C-blg, on 23+1. For something I did not do, or have anything to do with.
On the 4/04/24, ID: 783328, 4:48 P.m, I wrote the Major McCarter about the situation, but she responded the decision was final. ID: 785723, 4/14/2024, 1:39 P.m. I asked Maj. McCarter if she could give me a Lie Detector test or a Urine test, as well R. Joles to see who would pass or who would be Not or Lieing. I got no response. ID: 787705 4/19/2024, 08:09 a.m., I asked her to talk to Matthew Crews and can I talk to the Sheriff or Cheif Deputy, I got no response. I also told Her I was wrongly accused, wrongly Punished for something I didn't do. I was the only Black man in room #103 and I was racially Profiled, I got no response.
On 4/22/2024, my wife went in debt to bond me out because she didn't want me back there in that cold place. It's so cold in C-7, it feels like the North Pole, even the CO's say it's cold in there. That is cruel Punishment as well.

These are some of the witnesses that was in B-2 at the time, I don't know where most of them are but they are in M.D.O.C.

Marco Mitchell, Morris Terrel, Matthew Bouie, Marlon White, Richard Foles, Jakeien Scott, Matthew Crews.

Every thing I say in this letter is true and Fact!

Respectfully,

Willie Bueum Jr. #1073721

# CIVIL LAW SUITE

Willie Brown
-vs-
L.C.D.F.